GUARANTY COMPANY OF MARYLAND v. WACHOVIA BANK AND TRUST COMPANY, RECEIVER OF THE MERCHANTS BANK AND TRUST COMPANY.

(Filed 11 April, 1928.)

APPEAL by defendant from *Lyon, Emergency Judge,* at September Term, 1927, of FORSYTH.

Civil action to establish priority of claim over general creditors.

From a verdict and judgment in favor of plaintiff, the defendant appeals, assigning errors.

*Fred M. Parrish for plaintiff.*
*Manly, Hendren & Womble for defendant.*

PER CURIAM. This is the same case that was before us at the Spring Term, 1927, *sub nom., Corporation Commission v. Trust Co.,* 193 N. C., 696, 138 S. E., 22, when a partial new trial was ordered. Reference may be had to the case, as first reported, for a full statement of the facts, as well as for the opinion, which has now become the law of the case. *Strunks v. R. R.,* 188 N. C., 567, 125 S. E., 182.

On the second hearing the case seems to have been tried substantially in accord with the principles announced on the first appeal. We perceive no valid reason for disturbing the verdict and judgment.

No error.